IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

    Plaintiff,                    No. 2:11-cv-1625 JFM (PC)

    vs.

JOSEPH ORR,

    Defendant.                 <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Plaintiff has also requested an extension of time to file an application to proceed in forma pauperis. Good cause appearing, the motion will be granted.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 19, 2011 motion for the appointment of counsel is denied;

2. Plaintiff's September 19, 2011 motion for an extension of time is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: September 23, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/mp014;lang1625.31+36