1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JAMES KOTROUS,

11            Plaintiff,                        No. CIV 2:02-cv-1520-FCD-JFM

12        vs.

13  GOSS-JEWETT CO. OF NORTHERN
    CALIFORNIA, INC., et al.,

14
              Defendants.                       ORDER
15
    _____/
16
            Pursuant to the terms of the Court-Administered Remediation Fund Account
17
    Instructions agreed to by the parties in order to implement the settlement of James Kotrous,
18
    individually and doing business as The Mattress Factory v. Goss-Jewett of Northern California,
19
    Inc., et al., case no. 2:02-cv-1520-FCD-JFM, Risk-Based Decisions, Inc., submitted Invoice No.
20
    2328 in the amount of $10,125.38 for consulting services and expenses incurred at 4301 Power
21
    Inn Road through June 30, 2011.  This billing was sent to the court on July 12, 2011 with copies
22
    to counsel.  A copy of the billing is appended to this order.  No objection to the billing has been
23
    filed within the seven day period during which objections must be filed to be considered.
24
    /////
25
    /////
26

1    Accordingly, within ten days from the date of this order, the Clerk of Court is

2    directed to pay to Risk-Based Decisions, Inc. the sum of $10,125.38 from the settlement funds

3    established in the above-entitled case.

4    DATED: September 23, 2011.

5

6

7    UNITED STATES MAGISTRATE JUDGE

8

9    /014;kotr1520.invoice.03

10   cc:     All counsel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26