IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

        Plaintiff,                    No. 2:11-cv-1625 JAM JFM (PC)

    vs.

JOSEPH ORR,

        Defendant.              <u>ORDER</u>

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On February 23, 2012, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on September 19, 2011, January 30, 2012, February 9, 2012. All requests were denied.

        In light of those orders, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 23, 2012, request is denied, and

        2. Plaintiff's February 29, 2012 motion for reconsideration is denied.

DATED: June 18, 2012.

UNITED STATES MAGISTRATE JUDGE

/kly014;lang1625.31thr