IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

      Plaintiff,                    No. 2:11-cv-1625 JAM JFM P

   vs.

JOSEPH ORR,

      Defendant.          <u>ORDER</u>

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 22, 2012, plaintiff filed his fifth request for the appointment of counsel. Plaintiff's previous requests were filed on September 19, 2011, January 30, 2012, February 9, 2012, and February 23, 2012.

    All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 22, 2012, request is also denied.

DATED: August 30, 2012.

                                                UNITED STATES MAGISTRATE JUDGE

/kly
lang1625.31thr(2)